UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al.                                    **14 Civ. 7421 (GHW)**

          Plaintiff,

                                              **NOTICE OF VOLUNTARY**
     - against -                       **<u>DISCONTINUANCE</u>**

M/V COSCO NAGOYA etc. et al.

          Defendant.
-------------------------------------------------------------X

      **IT IS HEREBY NOTICED** that the action, in accordance with the provisions of

Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed

without prejudice and without costs, no party having answered or otherwise appeared in

the action.

Dated:  New York, New York
        October 22, 2014
        115-1324


                             **CASEY & BARNETT, LLC**
                             Attorneys for Plaintiff

                   By:      _*/s/ Martin F. Casey*_____
                             Martin F. Casey
                             41 Madison Avenue, Ste 2528
                             New York, New York 10010
                             (212) 286-0225